**Motion Granted, Appeal Dismissed and Memorandum Opinion filed December 5, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00867-CV

## BURCKHARDT COMPRESSION NORTH AMERICA SERVICES LLC, Appellant

## V.

## DANIEL B. CANNON, Appellee

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-56913**

## MEMORANDUM OPINION

This is an interlocutory appeal from a temporary injunction order signed October 8, 2019. On November 25, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.